# IN THE UNITED STATES DISTICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER CHARLES FALCONE,<br>    Plaintiff<br><br>    v.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant | No. 3:16cv1705<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

**AND NOW,** this 2nd day of June 2017, it is hereby **ORDERED** as follows:

    1) The defendant's objections (Doc. 18) to the report and recommendation are **OVERRULED**;

    2) Magistrate Judge Carlson's report and recommendation (Doc. 17) is **ADOPTED**;

    3) The defendant's motion to dismiss (Doc. 10) is **DENIED** and

    4) The Clerk of Court is directed to remand this case to Magistrate Judge Carlson for further proceedings, including scheduling the deadlines for the merits briefs and issuance of a report and recommendation on the merits.

                              **BY THE COURT:**

                              **s/ James M. Munley_____ \_**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**