# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER CHARLES FALCONE, | : | No. 3:16cv1705 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

It is hereby **ORDERED** as follows:

1) Plaintiff's objections to Magistrate Judge Carlson's report and recommendation (Doc. 33) are **OVERRULED**;

2) Magistrate Judge Carlson's report and recommendation of November 29, 2017 (Doc. 32) is **ADOPTED**;

3) Plaintiff's social security appeal is **DENIED** and the Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff; and

4) The Clerk of Court is directed to close this case.

**Date: Jan. 31, 2018**            BY THE COURT:


                                   s/ James M. Munley
                                   JUDGE JAMES M. MUNLEY
                                   United States District Court